

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00251-CV

_____

**EUSEBIO PALACIOS AND JULIA JUAREZ,**

                                              **Appellants**

 v.

**JP MORGAN CHASE BANK, N.A.,
ITS OFFICERS, AGENTS, ASSIGNEES,
AND ASSOCIATES,**

                                              **Appellee**


_____


**From the County Court at Law
Ellis County, Texas
Trial Court No. 13-C-3097**

---

## MEMORANDUM OPINION

---

Appellants are attempting to appeal the trial court's May 31, 2013 final judgment. They filed their notice of appeal on July 31, 2014. The notice of appeal must have been filed within 30 days after the judgment was signed, (TEX. R. APP. P. 26.1), and a motion for extension of time to file notice of appeal must have been filed within 15 days after the deadline for filing the notice of appeal. TEX. R. APP. P. 26.3.

The Clerk of the Court notified Appellants in a letter dated September 3, 2014 that this appeal may be dismissed for want of jurisdiction unless they filed a response within 10 days showing grounds for continuing the appeal. Appellants have not responded.

Because Appellants' notice of appeal was untimely, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).


REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Dismissed
Opinion delivered and filed September 25, 2014
[CV06]

